[No. 11741-0-II.   Division Two.   August 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–1–00182–1, Leonard W. Kruse, J., entered January 11, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12202–2–II.   Division Two.   August 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN P. HONAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 64873R080, Paul M. Boyle, J. Pro Tem., entered June 30, 1988. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12144–1–II.   Division Two.   August 31, 1989.]

*In the Matter of the Welfare of*
SEAN DONALDSON.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88872, Milton R. Cox, J., entered June 14, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.